UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMMIE JUNIOR CLARK,

       Petitioner,

       Case No. 1:06-cv-217

v.

       HONORABLE PAUL L. MALONEY

THOMAS BELL,

       Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #41) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the petition for writ of habeas corpus (Dkt. #1) is **DENIED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**

Date:  March 12, 2009             /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge